UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN, | No. 2:19−cv−02172−KJM−CKD PS |
| Plaintiff, | |
| v. | ORDER |
| RYAN McCARTHY, | |
| Defendant. | |

Plaintiff initiated the present action on October 28, 2019. (ECF No. 1.) Plaintiff was required to serve the one named defendant, Ryan McCarthy, within 90 days and inform the court within 10 days of service. (ECF No. 3.) The parties were also instructed to file a pretrial status report with the court no later than March 18, 2020, in preparation for the initial scheduling conference in this matter. (Id.)

All of these deadlines have passed, and plaintiff has taken no action in this matter since lodging his complaint and has failed to file any of the documents ordered by the court. (See generally docket.) Plaintiff has therefore failed to follow the court's orders and failed to prosecute this matter.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders and failure to prosecute this case. Plaintiff is to include in this writing the steps he has taken to effectuate service on the named defendant.

2. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 20, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.franken.2172