UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FRANKEN, | No. 2:19-cv-02172-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| RYAN McCARTHY, | (ECF No. 7) |
| Defendant. | |

Presently before the court is defendant Secretary of the United States Army Ryan McCarthy's motion for an extension of time to file a response to plaintiff's complaint. (ECF No. 7.) Defendant is seeking this extension due to the length of plaintiff's complaint, and to analyze the apparent similarities between plaintiff's present complaint and plaintiff's five other suits against the same defendant. (Id.)

Good cause appearing, and for the reasons set forth in defendants' motion, the court GRANTS defendants' motion for an extension. (ECF No. 7.) As requested, defendant shall file a response to plaintiff's complaint by April 20, 2020.

Dated: March 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2172.ext

1